## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    LaTaunya R Price

Case No.:  25-14583
Chapter:   13

Judge David D. Cleary

            Debtor(s)

---

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED ON 11/3/25 AS CLAIM #6-1

---

TO:   Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
LaTaunya R Price, Debtor(s), 7419 S. Rhodes Avenue, Chicago, IL 60619
Matthew C Baysinger, Attorney for Debtor(s), 747 E. Boughton Suite 219, Bolingbrook, IL 60440 by electronic notice through ECF

     Now comes the Creditor, Associated Bank, N.A., by its attorneys, Codilis & Associates, P.C., and hereby withdraws its Proof of Claim filed on 11/3/25 on behalf of Associated Bank, N.A., as it was filed in error.

### PROOF OF SERVICE

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on  November 4, 2025 and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  November 4, 2025.

            /s/ Peter C. Bastianen
           Attorney for Creditor

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Juanita M. Deaver SBOT#24126385
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-25-05412
NOTE: This law firm is a debt collector.